

# Fourth Court of Appeals
## San Antonio, Texas

November 30, 2018

No. 04-18-00183-CR

Cornell Jackie **DRUMMER,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the 144th Judicial District Court, Bexar County, Texas
Trial Court No. 1991CR1948A
Honorable Lorina I. Rummel, Judge Presiding

## O R D E R

Sitting:    Karen Angelini, Justice
          Marialyn Barnard, Justice
          Luz Elena D. Chapa

The panel has considered the Pro se's Motion for Rehearing, and the motion is DENIED.

_____
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 30th day of November, 2018.

_____
KEITH E. HOTTLE,
Clerk of Court